**Buenaventura ALCANTARA,**
**Petitioner,**

v.

**MERIT SYSTEMS PROTECTION**
**BOARD, Respondent.**

No. 01–3259.

United States Court of Appeals,
Federal Circuit.

Sept. 12, 2001.

*ORDER*

Buenaventura Alcantara has failed to respond to the court order of July 23, 2001, to show cause why his petition for review should not be dismissed as frivolous. He had also failed to prosecute this appeal prior to the issuance of the show cause order.

Upon consideration thereof,

IT IS ORDERED THAT: